NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIMOTHY L. CRISP,**
*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent*

---

2025-1104

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-24-0002-I-1.

---

**JUDGMENT**

---

HOYT GLAZER, Glazer Saad Anderson L.C., Huntington, WV, argued for petitioner.

DANIEL HOFFMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY, BRETT SHUMATE, LIRIDONA SINANI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 9, 2026
Date

Jarrett B. Perlow
Clerk of Court